**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jane Doe
                     Plaintiff,

v.                                       Case No.: 1:23−cv−16553
                                               Honorable Elaine E. Bucklo

Western Reporting, Inc.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 15, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to proceed under pseudonym is denied. "Judicial proceedings are supposed to be open in order to enable the proceedings to be monitored by the public." Doe v. City of Chicago, 360 F.3d 667, 669 (7th Cir. 2004). Only exceptional circumstances justify use of a fictitious name. Blue Cross & Blue Shield United of Wisconsin, 112 F.3d 869, 872 (7th Cir. 1997). The circumstances alleged by plaintiff are not exceptional. See Doe v. Rosalind Franklin University, No. 23 Cv 2054 (N.D. Ill. 2023). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.